NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMARTMETRIC INC.,**
*Plaintiff-Appellee*

**v.**

**MASTERCARD INTERNATIONAL INCORPORATED,**
*Defendant-Appellant*

**VISA INC.,**
*Defendant*

---

2015-1598

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-07126-MWF-AJW, Judge Michael W. Fitzgerald.

---

**JUDGMENT**

---

PATRICK FRANCIS BRIGHT, Wagner, Anderson & Bright, LLP, Glendale, CA, argued for plaintiff-appellee.

DARREN MATTHEW FRANKLIN, Sheppard, Mullin, Richter & Hampton LLP, Los Angeles, CA, argued for

defendant-appellant. Also represented by GARY A. CLARK, ANDREW T. KIM.

————————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 9, 2016              /s/ Daniel E. O'Toole
        Date                    Daniel E. O'Toole
                                Clerk of Court